UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER PHILLIP ROBBINS, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> TUOLUMNE COUNTY, ) <br> ) <br> Respondent. ) <br> _____) | 1:06-CV-00904-OWW-LJO-HC <br><br> ORDER GRANTING EXTENSION OF <br> TIME TO FILE OBJECTIONS <br><br> (Doc. 8) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 23, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's findings and recommendation of October 13, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   November 20, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                 UNITED STATES MAGISTRATE JUDGE