1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18

| | | |
|---|---|---|
| RODGER PHILLIP ROBBINS, JR., | ) | 1:06-CV-00904 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #7] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| TUOLUMNE COUNTY, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

19
20
21

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

22
23
24
25

On October 13, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED and the Clerk of Court be DIRECTED to enter judgment. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order.

26
27
28

On October 23, 2006, Petitioner filed a motion for an extension of time to file objections. Petitioner's motion was granted and the deadline for filing objections was moved to December 26,

1  2006. Petitioner filed a second motion for extension of time on December 20, 2006. This motion was

2  granted as well and the deadline was moved to February 26, 2007. The deadline has now passed and

3  Petitioner has not filed objections.

4       On February 22, 2007, due to the recent elevation of the undersigned to U.S. District Judge,

5  this case was reassigned to the undersigned for all further proceedings.

6       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

7  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

8  and Recommendation is supported by the record and proper analysis.

9       Accordingly, IT IS HEREBY ORDERED that:

10       1. The Findings and Recommendation issued October 13, 2006, is ADOPTED IN FULL;

11       2. The petition for writ of habeas corpus is DISMISSED; and

12       3. The Clerk of the Court is DIRECTED to enter judgment.

13  IT IS SO ORDERED.

14  **Dated:    March 14, 2007**                **/s/ Lawrence J. O'Neill**
    b9ed48                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court
E. D. California      cd                            2